| | |
|---|---|
| 1 | Lauren O. Miller (#279448) |
| 2 | Chancellor W. Tseng (#322236) |
|   | BOWMAN AND BROOKE LLP |
| 3 | 1741 Technology Drive, Suite 200 |
|   | San Jose, CA  95110-1364 |
| 4 | Telephone:  (408) 279-5393 |
|   | Facsimile:    (408) 279-5845 |
| 5 | Lauren.miller@bowmanandbrooke.com |
| 6 | Chancellor.tseng@bowmanandbrooke.com |
| 7 | Attorneys for Defendant |
|   | Euphoria Wellness, LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE JACKSON, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-03297-CRB |
| Plaintiff(s), | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| EUPHORIA WELLNESS, LLC | |
| Defendant(s). | |

### NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Euphoria Wellness, LLC.

///

///

///

///

///

1  Chancellor W. Tseng (#322236)
2  Bowman and Brooke LLP
   1741 Technology Drive, Suite 200
3  San Jose, CA 95110
   Chancellor.tseng@bowmanandbrooke.com
4  T: 408.279.5393  |  F: 408.279.5845

5      Respectfully submitted,

6  Dated: July 15, 2020                    BOWMAN AND BROOKE LLP

7

8
                                           /S/ Chancellor W. Tseng_____
9                                          Lauren O. Miller
                                           Chancellor W. Tseng
10                                         Attorneys for Defendant
                                           Euphoria Wellness, LLC
11