|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

JACQUELINE JACKSON, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

EUPHORIA WELLNESS, LLC,

Defendant(s).

Case No: 3:20-cv-03297-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicole Lovelock, Esq., an active member in good standing of the bar of Nevada, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Euphoria Wellness, LLC in the above-entitled action. My local co-counsel in this case is Lauren O. Miller (#279448), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Jones Lovelock, 6675 S. Tenaya Way, Suite 200, Las Vegas, NV 89113 | Bowman and Brooke LLP, 1741 Technology Drive, Suite 200, San Jose, CA 95110 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (702) 805-8450 | (408) 279-5393 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nlovelock@joneslovelock.com | Lauren.miller@bowmanandbrooke.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NVBar 11187.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/16/20

Nicole Lovelock, Esq.
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nicole Lovelock, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE