# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Nicole Lovelock**, **Bar Number 11187** was admitted by the Supreme Court of the State of Nevada on **10/14/2008** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Nicole Lovelock** is now an *Active* member of the State Bar of Nevada in good standing.

DATED Tuesday, June 30, 2020.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada